Courtney Angeli, OSB No. 941765
E-mail: courtney@baaslaw.com
Alysa M. Castro, OSB No. 163217
E-mail: alysa@baaslaw.com
BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, Oregon 97204
Telephone: # 503.974.5015
Facsimile: # 971.230.0337
*Of Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CASEY SCHAEFER,<br><br>   Plaintiff,<br><br>v.<br><br>ROYAL HAWAIIAN MACADAMIA NUT, INC., a corporation,<br><br>   Defendant. | Civil No. 3:17-cv-00769<br><br>**STIPULATED MOTION FOR ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE** |

### Local Rule 7.1(a) Compliance

Pursuant to LR 7-1(a), counsel for plaintiff Casey Schaefer ("Mr. Schaefer" or "plaintiff") has conferred in good faith with defendant's counsel regarding the filing of this motion and the matters contained therein. Defendant's counsel has stipulated to the filing of this motion.

### Motion

Page 1 – STIPULATED MOTION FOR ENTRY OF JUDGMENT AND DISMISSAL WITH PREJUDICE

Plaintiff moves this court, with stipulation from defendant, to enter a judgment dismissing this action in its entirety, including all claims and counterclaims, with prejudice and without costs or fees to any party, and that no party is a prevailing party for any purpose.

IT IS SO STIPULATED:

Dated this 31 day of July, 2017

BUCHANAN ANGELI ALTSCHUL
& SULLIVAN LLP

s/Courtney Angeli
---
Courtney Angeli, OSB # 941765
courtney@baaslaw.com
Attorneys for Plaintiff

Dated this 31 day of July, 2017

SCHWABE WILLIAMSON & WYATT

Elizabeth Schleuning, OSB # 854276
eschleuning@schwabe.com
Of Attorneys for Defendant

IT IS SO ORDERED:

DATED: August 7, 2017.

HONORABLE JOLIE A. RUSSO
U.S. District Court Judge